PROB 12C
(6/16)

Report Date: September 8, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2026

SEAN F. MCAVOY, CLERK

ECF No. 9

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamara Suzanne Curran Case Number: 0980 2:26CR00037-TOR-1

Address of Offender: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 29, 2024

Original Offense: Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841 (a)(1), (b)(1)(C

Original Sentence: Prison - 21 months; TSR - 36 months Type of Supervision: Supervised Release

Asst. U.S. Attorney: U.S. Attorney's Office Date Supervision Commenced: November 15, 2024

Defense Attorney: Federal Defenders Office Date Supervision Expires: November 14, 2027

---

## PETITIONING THE COURT

To incorporate the violations in this petition with the violations previously reported to the Court in the petition filed on August 12, 2026.

On November 20, 2024, an officer with the U.S. Probation Office in the District of Idaho reviewed a copy of the conditions of supervision with Ms. Curran, as outlined in the judgment. Ms. Curran signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3:** The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant ability to pay. |

**Supporting Evidence:** It is alleged that Ms. Curran violated her terms of supervision by failing to report as directed to her scheduled substance abuse sessions at Spokane Addiction Recovery Centers (SPARC) on August 13, 18, and 24, 2026.

On September 4, 2026, the undersigned was notified by the counselor at SPARC that Ms. Curran was a no show for her scheduled substance abuse counseling on August 13, 18, and 24, 2026.

6 **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 10 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: It is alleged that Ms. Curran violated her terms of supervision by consuming a controlled substance, methamphetamine, on or about August 17, 2026.

On August 17, 2026, Ms. Curran submitted a random urinalysis at SPARC which returned presumptive positive for methamphetamine; she admitted use.

7 **Special Condition #4:** The defendant shall abstain from the use and possession of alcohol and shall not be present in any location where alcohol is the primary item of sale.

**Supporting Evidence:** It is alleged that Ms. Curran violated her terms of supervision by consuming alcohol on or about August 27, 2026.

On August 27, 2026, Ms. Curran submitted a random urinalysis at SPARC which returned presumptive positive for alcohol; she admitted use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/08/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 9, 2026

Date